# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>     Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (BLS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG,<br><br>     Plaintiff,<br><br>  vs.<br><br>Christopher J Watson<br><br>     Defendant(s). | Adversary Proceeding<br>Case No. 19-50848 (BLS) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
          ) ss
COUNTY OF NEW YORK )

I, Alison Moodie, being duly sworn, depose and state:

1. I am a Senior Case Manager with Epiq Class Action & Claims Solutions, Inc.,[2] the claims and noticing agent in the above-captioned proceeding. Our business address is 777 Third Avenue, New York, New York 10017.

2. On October 27, 2020, at the direction of Pachulski Stang Ziehl & Jones LLP, Counsel to Plaintiff Michael Goldberg, in his capacity as Liquidating Trustee of the Woodbridge

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification number are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining Debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

[2] Epiq Class Action & Claims Solutions, Inc. acquired Garden City Group, LLC on June 15, 2018.

Liquidation Trust, I caused a true and correct copy of the **Entry of Default** [Docket No. 25] to be served by first class mail on the following party: *Christopher J Watson, 6675 W 80th Pl., Los Angeles, CA 90045* and by email on *chriswatson52@gmail.com* and *sehargrovelaw@aol.com* (Defendant Parties).³

                    /s/ Alison Moodie
                    Alison Moodie

Sworn to before me this
2nd day of November, 2020
*/s/ Panagiota Manatakis*
Notary Public, State of New York
No. 01MA6221096
Qualified in Queens County
Commission Expires April 26, 2022

---

³ The envelopes used for service in included a legend which stated: "*Important Legal Documents Enclosed: Please direct a copy of the contents of this envelope to the President, Managing or General Agent.*"